UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY CASTILLO, | CASE NO. C17-0119-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and corresponding pretrial case management dates (Dkt. No. 16). Finding good cause, the Court GRANTS the motion. Trial in this matter is continued to December 17, 2018. The Court ORDERS the following amended case management dates:

| Event | Date/Deadline |
|---|---|
| Pleading amendment and third party practice | April 1, 2018 |
| Discovery cutoff | August 20, 2018 |
| Dispositive motions | September 18, 2018 |
| Rule 39.1 Mediation | October 1, 2018 |
| Pretrial Order | December 7, 2018 |

| | |
|---|---|
| Proposed Jury Instructions/Voir Dire | December 10, 2018 |

DATED this 22nd day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk