THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RANDY CASTILLO,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. C17-0119-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadlines for discovery and mediation (Dkt. No. 18). Finding good cause, the Court GRANTS the motion. Discovery in this matter shall be completed by September 30, 2018. The parties shall conduct mediation no later than October 14, 2018. This order does not alter any other case management dates. (*See* Dkt. No. 17.)

DATED this 13th day of August 2018.

                              William M. McCool
                              Clerk of Court

                              s/Tomas Hernandez
                              Deputy Clerk