THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY CASTILLO, | CASE NO. C17-0119-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for filing dispositive motions (Dkt. No. 20). Finding good cause, the Court GRANTS the motion (Dkt. No. 20). The parties shall file dispositive motions no later than September 20, 2018. This order does not affect any other case management deadlines. [1]

//

//

---

[1] In addition to extending the dispositive motions deadline, the parties' proposed order states "the discovery deadline in this case is reset for October 17 2018." (Dkt. No. 20 at 3.) The parties' stipulation neither addresses nor provides a basis for altering the current discovery deadline, which is September 30, 2018. (*See* Dkt. No. 19). Therefore, the Court does not adopt that portion of the parties' proposed order.

MINUTE ORDER
C17-0119-JCC
PAGE - 1

DATED this 18th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0119-JCC
PAGE - 2