THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY CASTILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. C17-0119-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 27). Finding good cause, the Court GRANTS the motion. (Dkt. No. 27). Discovery in this matter shall be completed by October 5, 2018.

DATED this 28th day of September 2018.

                                                    William M. McCool
                                                    Clerk of Court

                                                      s/Tomas Hernandez
                                                      Deputy Clerk